IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE ALLEN CLARK,

    Plaintiff,

v.

C.O. CATHLEEN R. MALISON,
CAPTAIN KASTEN, and
JASON A. ACHTERBERG,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-489-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                   7/25/2018

Peter Oppeneer, Clerk of Court                   Date